IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HEATHER ROE,**

    **Plaintiff,**

v.                                           **Civil Action 2:24-cv-967**
                                                  **Chief District Judge Sarah D. Morrison**
                                                  **Magistrate Judge Kimberly A. Jolson**

**OHIO LIVING COMMUNITIES, et al.,**

    **Defendants.**

## ORDER

On March 14, 2024, the Court issued a scheduling order in this matter, setting deadlines for both discovery and dispositive motions. (Doc. 7). Discovery closed on December 5, 2024, and dispositive motions were due January 2, 2025. (*Id.*). Additionally, the parties were scheduled to mediate this case in August 2024. (Doc. 8). Yet to date, the parties have not filed dispositive motions. Nor have they provided an update on their mediation efforts. As such, the parties are **ORDERED** to file a joint status report **within ten (10) days of the date of this Order**, updating the Court on the status of this case.

IT IS SO ORDERED.

Date: January 27, 2025                                       /s/ Kimberly A. Jolson
                                                           KIMBERLY A. JOLSON
                                                           UNITED STATES MAGISTRATE JUDGE