IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HEATHER ROE,**

    **Plaintiff,**

v.                                       **Civil Action 2:24-cv-967**
                                          **Chief District Judge Sarah D. Morrison**
                                          **Magistrate Judge Kimberly A. Jolson**

**OHIO LIVING COMMUNITIES, et al.,**

    **Defendants.**

## ORDER

In their latest status report, the parties say this matter is resolved. (Doc. 14). Importantly, their settlement includes a release of Plaintiff's underlying worker's compensation claim. (*Id.*). But, according to the parties, Plaintiff's worker's compensation counsel is preventing a dismissal of this matter. (*Id.*).

Therefore, the Court **SETS** a telephone status conference for **March 13, 2025, at 10:00 AM**. Counsel for both parties must attend the conference, as well as Plaintiff herself.

IT IS SO ORDERED.

Date: March 6, 2025                                                               /s/ Kimberly A. Jolson
                                                                                    KIMBERLY A. JOLSON
                                                                                     UNITED STATES MAGISTRATE JUDGE