IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HEATHER ROE,**

    **Plaintiff,**

  v.                                  **Civil Action 2:24-cv-967**
                                      **Chief District Judge Sarah D. Morrison**
                                      **Magistrate Judge Kimberly A. Jolson**

**OHIO LIVING COMMUNITIES, et al.,**

    **Defendants.**

## ORDER

This matter is before the Court on another missed deadline. On January 27, 2025, the Court ordered the parties to file a status report, since they did not file dispositive motions by their deadline or update the Court on the outcome of their August 2024 mediation. (Doc. 10). On February 6, the parties reported they had reached a tentative settlement. (Doc. 11). As such, the Court ordered them to file a status report by February 28. (Doc. 12).

The parties missed that deadline. (Doc. 13). So, the Court extended their deadline to update the Court. (*Id.*). And the Court eventually held a status conference to resolve some issues with finalizing the settlement. (Docs. 14, 15, 16, 17, 18). On March 28, the parties represented they had reached a resolution and expected to "file a dismissal entry within 60 days." (Doc. 19). Consequently, the Court ordered them to file a status report on or before May 30, unless the dismissal was filed before that date. (Doc. 20).

Once more, the parties have missed their deadline. To date, they have not filed a dismissal or a status report as ordered. Therefore, the Court **ORDERS** the parties to comply with the Court's previous order (Doc. 20) **on or before June 6, 2025**. The parties are **WARNED** that the Court may issue sanctions if they fail to follow the Court's orders in the future.

    IT IS SO ORDERED.

Date:  June 2, 2025                              <u>/s/ Kimberly A. Jolson</u>
                                                 KIMBERLY A. JOLSON
                                                 UNITED STATES MAGISTRATE JUDGE